UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY DELPHIN,

    Petitioner,

v.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.

No. 2:15-cv-1697-KJM-EFB P

ORDER

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 12, 2017, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts requires the district court to "issue or a deny a certificate of appealability when it enters a final order adverse to the applicant." Rule 11, 28 U.S.C. foll. § 2254. A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b). For the reasons set forth in the magistrate judge's findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, this court will not issue a certificate of appealability.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 12, 2017, are adopted in full;

2. Petitioner's application for a writ of habeas corpus is denied;

3. The Clerk is directed to close the case; and

4. The court declines to issue a certificate of appealability.

DATED: April 30, 2018.

_____
UNITED STATES DISTRICT JUDGE